**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>A AO, et al.,<br><br>    Defendants. | Case No. 25-cv-13065<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**<u>DECLARATION OF JUSTIN R. GAUDIO</u>**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Deckers Outdoor Corporation ("Plaintiff" or "Deckers"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Attached hereto as **<u>Exhibit 1</u>** are a true and correct copies of screenshot evidence of Defendant KIDMI's ("Defendant") Amazon e-commerce store and Infringing Product (as defined in the corresponding Response), an excerpt of which was previously filed as part of Exhibit 1 to the Memorandum in Support of Default and Default Judgment [31] and Exhibit 1 to the Complaint [1]. *See* [31-1] at 22-24, [1-1], at 35-37.

3. Defendant listed "Yiwushisuoyingdianzishangwuyouxiangongsi" as its business name and "北苑街道, 丹溪北路 612 号 418 室, 义乌市, 浙江, 322000, CN" as its address on its Amazon store. **<u>Exhibit 1</u>**, *see* Figure 1. I, or someone working under my direction, translated this

address to English using Google, which provided the following translation: "Room 418, No. 612 Danxi North Road, Beiyuan Subdistrict, Yiwu City, Zhejiang, 322000, CN." Attached hereto as **Exhibit 2** is a true and correct screenshot of the Google translation.



**Detailed Seller Information**
Business Name: Yiwushisuoyingdianzishangwuyouxiangongsi
Business Address:
北苑街道
丹溪北路612号418室
义乌市
浙江
322000
CN

*Figure 1*

4. I, or someone working under my direction, conducted a search for "北苑街道, 丹溪北路 612 号 418 室, 义乌市, 浙江, 322000, CN" on Google Maps, Baidu Maps, and Bing Maps. The search results do not show KIDMI, Yiwushisuoyingdianzishangwuyouxiangongsi, or Yi Wushisuoying E-commerce Co., Ltd. at this location. Attached hereto as **Exhibit 3** are true and correct screenshots of the search results

5. I, or someone working under my direction, conducted a search for "Room 418, No. 612 Danxi North Road, Beiyuan Subdistrict, Yiwu City, Zhejiang, 322000, CN" on Google Maps, Baidu Maps, and Bing Maps. The search results do not show KIDMI, Yiwushisuoyingdianzishangwuyouxiangongsi, or Yi Wushisuoying E-commerce Co., Ltd. at this location. Attached hereto as **Exhibit 4** are true and correct screenshots of the search results.

6. I, or someone working under my direction, conducted a search for "Yiwushisuoyingdianzishangwuyouxiangongsi" on Google Maps, Baidu Maps, and Bing

Maps. The searches did not return any results. Attached hereto as **Exhibit 5** are true and correct screenshots of the search results.

7. I, or someone working under my direction, conducted a search for "Beiyuan Subdistrict, Room 418, No. 612 Danxi North Road, Yiwu City, Zhejiang Province, 322000, China" on Google Maps, Baidu Maps, and Bing Maps. The search results do not show KIDMI, Yiwushisuoyingdianzishangwuyouxiangongsi, or Yi Wushisuoying E-commerce Co., Ltd. at this location. Attached hereto as **Exhibit 6** are true and correct screenshots of the search results.

8. I, or someone working under my direction, conducted a search for "Wushisuoying E-commerce Co., Ltd." on Google Maps, Baidu Maps, and Bing Maps. The searches did not return any results. Attached hereto as **Exhibit 7** are true and correct screenshots of the search results.

9. Attached hereto as **Exhibit 8** are true and accurate copies of unpublished decisions cited in the corresponding Response.

10. Attached hereto as **Exhibit 9** is a true and accurate excerpt from the Permanent Bureau of the Hague Conference of Private International Law, Practical Handbook on the Operation of the 1965 Service Convention (2025) cited in the corresponding Response.

11. Based on these search results, the address Defendant listed on its Amazon e-commerce store is either false, incomplete, or inaccurate.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 24th day of April 2026 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
*Counsel for Plaintiff*
*Deckers Outdoor Corporation*