# Exhibit 1









**About this item**

- **Genuine Suede Upper**: Premium suede feels soft yet durable, offering cozy comfort and timeless style for your winter wardrobe.
- **Cushioned Platform Sole**: Enjoy a subtle 1.4-inch lift and supportive cushioning with every stride, whether you're at home or heading out.
- **Fuzzy Fur Lining**: Soft plush fur wraps your feet in comfy warmth, making each step feel like a gentle hug on chilly mornings or relaxing evenings.
- **Slip-On Convenience**: Slide on easily for quick errands, coffee runs, or lounging around—your feet stay comfortable and stylish all day.
- **Versatile Everyday Style**: Pairs effortlessly with jeans, leggings, or travel looks. Ideal for weekends, casual outings, or travel days where comfort meets style.

∧ See less

Report an issue with this product or seller

**The K-Beauty Shop**
Explore skincare must-haves & more | See more

**Ask Rufus**

Are these slippers machine washable?    Do they have non-slip soles?

Can they be worn outdoors?    Ask something else

**Based on your recent views** Sponsored ⓘ    Page 1 of 67

Slipper for Women Men Suede Braided Mini

DREAM PAIRS Women's Slippers for Women

CUSHIONAIRE Women's Husky Genuine Suede

Forfoot Slippers for Women, House Slippers

House Slippers for Women with Arch

Women's Slippers Platform Mini Boots









Your Account › Your Orders › Order Details

# Order Details

Order placed October 3, 2025 | Order # 111-6528548-6055452

[View invoice]

**Ship to**

Edyth Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States

[Change shipping address]

**Payment method**

VISA Visa ending in 6165

[View related transactions]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $47.99 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$10.08 |
| Total before tax: | $37.91 |
| Estimated tax to be collected: | $3.89 |
| **Grand Total:** | **$41.80** |

**Arriving Monday**

KIDMI Genuine Suede Platform Slippers for Women Fuzzy Winter Warm Shoes Indoor Outdoor, Chestnut 37
Sold by: KIDMI
Supplied by: Other
$47.99

[Buy it again]

[Track package]
[Cancel items]
[Ask Product Question]
[Write a product review]
[Change Payment Method]