# Exhibit 6





