# Exhibit 7





